IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**PAUL GARRETT, Individually and on**        **PLAINTIFF**
**Behalf of all Others Similarly Situated**

vs.        No. 3:22-cv-1853-E

**RON'S TOWING, INC.**        **DEFENDANT**

## JOINT STATUS REPORT REGARDING PARTIES' CHOSEN MEDIATOR

Plaintiff Paul Garrett ("Plaintiff"), individually and on behalf of all others similarly situated, and Defendant Ron's Towing, Inc. ("Defendant"), by and through their undersigned counsel, submit the following Joint Status Report Regarding Parties' Chosen Mediator:

1. Pursuant to the Court's March 14, 2023 Scheduling Order (ECF No. 21), the parties are filing a joint status report.

2. The parties have conferred regarding the selection of a mutually agreeable mediator and have reached an agreement regarding the selection of a mediator.

3. The parties select Cecilia H. Morgan of Dallas, Texas, to mediate this case.

4. The contact information for Ms. Morgan is as follows:

Cecilia H. Morgan
8401 N. Central Expressway, Ste. 610
Dallas, Texas 75225
Phone: 214-744-5267

5. Pursuant to the Court's April 3, 2023 Minute Entry (ECF No. 24), the parties will mediate this case by September 29, 2023.

                Respectfully submitted,

                **PAUL GARRETT, Individually and on behalf of All Others Similarly Situated, PLAINTIFF**

                SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Suite 700
Dallas, TX 75201
Telephone: (214) 210-2100

Katherine Serrano
Tex. Bar No. 24110764
kserrano@foresterhaynie.com

Matthew McCarley
Tex. Bar No. 24041426
mccarley@foresterhaynie.com

and    **RON'S TOWING, INC., DEFENDANT**

       WT SKIP LEAKE PC
350 Westpark Way, Ste. 205
Euless, Texas 76040
P.O. Box 1910
Euless, Texas 76039
Phone: (817) 460-7711
Fax: (817) 469-7020

        Donald R. Miller
        TBN: 24070273
        drmiller@leakelaw.com

        W.T. "Skip" Leake
        TBN: 12092350
        wtsleake@leakelaw.com

        J. Charlie Conway
        TBN: 24092281
        cconway@leakelaw.com

        HILBURN & HILBURN, APLC
        220 Carroll Street, Building B
        Shreveport, Louisiana 71105
        (318) 868-8810
        (877) 462-6796

        */s/ Cary Hilburn*
        Cary A. Hilburn
        Tex. Bar No. 00790881
        cah@hilburnlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court on this date by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants, including:

W.T. "Skip" Leake, Esq.
Donald R. Miller, Esq.
J. Charlie Conway, Esq.
WT SKIP LEAKE PC
350 Westpark Way, Ste. 205 (Euless) 76040
P.O. Box 1910
Euless, Texas 76039
wtsleake@leakelaw.com
drmiller@leakelaw.com
cconway@leakelaw.com

Cary A. Hilubrn, Esq.
HILBURN & HILBURN – APLC
220 Carroll Street, Building B
Shreveport, Louisiana 71105
cah@hilburnlaw.com

                                                  */s/ Colby Qualls*
                                                  Colby Qualls