IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**PAUL GARRETT, Individually and on**                              **PLAINTIFF**
**Behalf of all Others Similarly Situated**

vs.                                    No. 3:22-cv-1853-E

**RON'S TOWING, INC.**                                    **DEFENDANT**

### JOINT MOTION TO EXTEND MEDIATION DEADLINE

Plaintiff Paul Garrett ("Plaintiff"), individually and on behalf of all others similarly situated, and Defendant Ron's Towing, Inc. ("Defendant"), by and through their undersigned counsel, submit the following Joint Motion to Extend Mediation Deadline:

1.     Pursuant to the Court's Mediation Order (ECF No. 26), the Parties were to mediate this case by September 29, 2023.

2.     Due to the availability of the Parties and their counsel, the Parties have been unable to schedule and participate in a mediation prior to the mediation deadline.

3.     The Parties through their counsel have worked together in trying to schedule the mediation, and they have confirmed their availability to

participate in a mediation on November 8, 2023, which was one of the available dates previously provided by the Mediator. The Parties have requested that the Mediator reserve the date for their mediation but are awaiting confirmation that the date is still available.

4.     The Parties respectfully request that the mediation deadline be extended to November 30, 2023.

5.     The Parties will participate in mediation in good faith as required by the Court and with the previously selected Mediator.

6.     This request is made in good faith and not for the purpose of delay. This extension should not interfere with the other deadlines in this case.

WHEREFORE, premises considered, the Parties respectfully request an order of this Court granting the Joint Motion to Extend the Mediation Deadline, and for such other relief as may be just and proper.

Respectfully submitted,

**PAUL GARRETT, Individually and on behalf of All Others Similarly Situated, PLAINTIFF**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Suite 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

Katherine Serrano
Tex. Bar No. 24110764
kserrano@foresterhaynie.com

Matthew McCarley
Tex. Bar No. 24041426
mccarley@foresterhaynie.com

SANFORD LAW FIRM, PLLC
10800 Financial Centre Pkwy,
Ste. 510
Little Rock, Arkansas 72211
Telephone: 501-221-0088
Facsimile: (888) 787-2040

Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com


**and   RON'S TOWING, INC.,
DEFENDANT**

WT SKIP LEAKE PC
350 Westpark Way, Ste. 205
Euless, Texas 76040
P.O. Box 1910
Euless, Texas 76039
Phone: (817) 460-7711
Fax: (817) 469-7020

Donald R. Miller
TBN: 24070273

drmiller@leakelaw.com

W.T. "Skip" Leake
TBN: 12092350
wtsleake@leakelaw.com

J. Charlie Conway
TBN: 24092281
cconway@leakelaw.com

HILBURN & HILBURN, APLC
220 Carroll Street, Building B
Shreveport, Louisiana 71105
(318) 868-8810
(877) 462-6796

*/s/ Cary Hilburn*
Cary A. Hilburn
Tex. Bar No. 00790881
cah@hilburnlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court on this date by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants, including:

W.T. "Skip" Leake, Esq.
Donald R. Miller, Esq.
J. Charlie Conway, Esq.
WT SKIP LEAKE PC
350 Westpark Way, Ste. 205 (Euless) 76040
P.O. Box 1910
Euless, Texas 76039
wtsleake@leakelaw.com
drmiller@leakelaw.com
cconway@leakelaw.com

Cary A. Hilubrn, Esq.
HILBURN & HILBURN – APLC
220 Carroll Street, Building B
Shreveport, Louisiana 71105
cah@hilburnlaw.com

*/s/ Colby Qualls*
Colby Qualls