IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PAUL GARRETT, Individually and on Behalf of all Others Similarly Situated** | | **PLAINTIFF** |
| vs. | No. 3:22-cv-1853-E | |
| **RON'S TOWING, INC.** | | **DEFENDANT** |

### ORDER GRANTING JOINT MOTION TO EXTEND MEDIATION DEADLINE

Now before the Court is the Parties' Joint Motion to Extend Mediation Deadline. The Court, having considered the Motion, is of the opinion that the Motion should be **GRANTED**. It is, therefore,

**ORDERED** that the Parties have until and including November 30, 2023, to complete mediation.

**SIGNED** this _____ day of _____, 2023.

_____
**HON. _____**
**UNITED STATES _____ JUDGE**