# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **Paul Garrett,** <br>     **Plaintiff,** <br> v. <br> **Ron's Towing, Inc.,** <br>     **Defendant.** | Cause No. 3:22-cv-01853-E <br><br> District Judge Ada Brown <br><br> Magistrate Judge David L. Horan |

### Defendant's Motion for Withdrawal, Substitution and Redesignation of Lead Counsel

On joint motion of enrolled defense counsel, Donald R. Miller and Cary A. Hilburn, suggesting to the Court that Mr. Miller desires to withdraw as lead counsel and attorney of record for Defendant Ron's Towing, Inc., in the above-styled and numbered cause, and on motion of Cary A. Hilburn, suggesting he desires to be designated and substituted for Mr. Miller as lead counsel for Ron's Towing, Inc.  Mr. Miller is leaving the active practice of law and has accepted employment as professor for a law school. Attorney WT Skip Leake and his firm WT Skip Leake PC will remain enrolled in the case as co-counsel in this matter.

                   Respectfully submitted,

                   <u>/s/ Cary A Hilburn</u>
                   Cary A. Hilburn (LA 26656/TX 00790881)
                   HILBURN & HILBURN, APLC
                   220 Carroll Street, Building B
                   Shreveport, Louisiana 71105
                   Telephone:   (318) 868-8810

Fax:	(877) 462-6796
E-mail:	cah@HilburnLaw.com


WT SKIP LEAKE PC
350 Westpark Way, Ste. 205 (Euless) 76040
P.O. Box 1910
Euless, Texas 76039
Phone:	(817) 460-7711
Fax:	(817) 469-7020

W.T. "Skip" Leake
TBN: 12092350
Email: wtsleake@leakelaw.com
Donald R. Miller
TBN: 24070273
Email: drmiller@leakelaw.com
J. Charlie Conway
TBN: 24092281
Email: cconway@leakelaw.com

*Attorneys for Defendant*
*Ron's Towing, Inc.*


## Certificate of Conference

Counsel for both sides conferred regarding this motion on 10//2023, and plaintiff's counsel does not oppose the motion or the requested relief.


*/s/ Cary A Hilburn*

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing document was served on opposing counsel listed below the electronic filing service for the USDC-N.TX on Friday, October 20, 2023.

**Colby Levi Qualls**
Sanford Law Firm
10800 Financial Center Pkwy
Suite 510
Little Rock, AR 72211
501-904-1649
Fax: 501-904-1649
Email: colby@sanfordlawfirm.com
*ATTORNEY TO BE NOTICED*

>                              */s/ Cary A Hilburn*
>                                Cary A. Hilburn