# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **Paul Garrett,** <br> **Plaintiff,** <br> v. <br> **Ron's Towing, Inc.,** <br> **Defendant.** | Cause No. 3:22-cv-01853-E <br><br> District Judge Ada Brown <br><br> Magistrate Judge David L. Horan |

### Order Substituting and Redesignating Lead Counsel

On this day the Court considered the unopposed *Defendant's Motion for Withdrawal, Substitution, and Redesignation of Lead Counsel*. Sufficient cause presented, it is ordered that Donald R. Miller is withdrawn as counsel for Defendant Ron's Towing, Inc., and that previously enrolled counsel, Cary A. Hilburn, be designated and substituted as lead counsel of record for Defendant Ron's Towing, Inc., in this matter with Attorney WT Skip Leake and his firm WT Skip Leake PC to remain enrolled in the case as co-counsel in this matter.

SINGED and ENTERED in Dallas, Texas, on _____.

_____
District Judge