IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ALTERNATIVE DISPUTE RESOLUTION SUMMARY

1. Style of case: **Garrett, Paul (Indv. & Behalf of Others Sim. Situated) vs. Ron's Towing, Inc.**

2. Civil action number: **3:22-cv-01853-E**

3. Nature of the suit: **employment**

4. Method of ADR used: **mediation**

5. Date ADR session was held: November 8, 2023

6. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services.            ☐ Settled, in part, as a result of ADR

   ☒ Settled as a result of ADR                  ☐ Parties were unable to reach settlement
   subject to settlement documents.

7. What was your TOTAL fee: **$6,500**

8. Duration of ADR: **8 hours** (i.e., one day, two hours)

9. Please list persons in attendance (including party association, defendant, plaintiff).
   Please provide the names, address and telephone number of counsel on the reverse of this form.

   **Please see attached**

10. Provider information:

    Cecilia H. Morgan
    8401 North Central Expressway Suite 610
    Dallas, TX 75225
    214-744-5267

    */s/ Cecilia H. Morgan*    11/9/23
    Signature                  Date

## Alternative Dispute Resolution Summary
*Continued*

Please provide the names, addresses and telephone numbers of counsel:

PLAINTIFF:
Colby Levi Qualls Esq.
Katherine I. Serrano Esq.
Forester Haynie
400 N. Saint Paul St.
Suite 700
Dallas, TX   75201
Tel: 214-210-2100

DEFENDANT:
W. T. 'Skip' Leake Esq.
WT Skip Leake, PC
2201 North Collins St.
Suite 130
Arlington, TX   76011
Tel: 817-460-7711

Cary A. Hilburn Esq.
L/O Cary A. Hilburn
220 Carroll St.
Building A, Suite 200
Shreveport, LA   71105
Tel: 318-868-8810

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November 2023, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas.

/s/ K. Venegas
Katie Venegas