IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**PAUL GARRETT, Individually and on**                        **PLAINTIFF**
**Behalf of all Others Similarly Situated**

vs.                          No. 3:22-cv-1853-E

**RON'S TOWING, INC.**                                      **DEFENDANT**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the Parties hereby jointly stipulate to

dismissal of this action with prejudice.

Respectfully submitted,

**PAUL GARRETT, Individually**
**and on behalf of All Others**
**Similarly Situated, PLAINTIFF**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Suite 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

Katherine Serrano

**Page 1 of 3**
**Paul Garrett, et al. v. Ron's Towing, Inc.**
**U.S.D.C. (N.D. Tex.) Case No. 3:22-cv-1853-E**
**Joint Stipulation of Dismissal with Prejudice**

Tex. Bar No. 24110764
kserrano@foresterhaynie.com

Matthew McCarley
Tex. Bar No. 24041426
mccarley@foresterhaynie.com

**and   RON'S TOWING, INC.,**
**DEFENDANT**

WT SKIP LEAKE PC
350 Westpark Way, Ste. 205
Euless, Texas 76040
P.O. Box 1910
Euless, Texas 76039
Phone: (817) 460-7711
Fax: (817) 469-7020

W.T. "Skip" Leake
TBN: 12092350
wtsleake@leakelaw.com

J. Charlie Conway
TBN: 24092281
cconway@leakelaw.com

HILBURN & HILBURN, APLC
220 Carroll Street, Building B
Shreveport, Louisiana 71105
(318) 868-8810
(877) 462-6796

*/s/ Cary Hilburn*_____
Cary A. Hilburn
Tex. Bar No. 00790881
cah@hilburnlaw.com

**Page 2 of 3**
**Paul Garrett, et al. v. Ron's Towing, Inc.**
**U.S.D.C. (N.D. Tex.) Case No. 3:22-cv-1853-E**
**Joint Stipulation of Dismissal with Prejudice**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court on this date by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants, including:

W.T. "Skip" Leake, Esq.
J. Charlie Conway, Esq.
WT SKIP LEAKE PC
350 Westpark Way, Ste. 205 (Euless) 76040
P.O. Box 1910
Euless, Texas 76039
wtsleake@leakelaw.com
cconway@leakelaw.com

Cary A. Hilubrn, Esq.
HILBURN & HILBURN – APLC
220 Carroll Street, Building B
Shreveport, Louisiana 71105
cah@hilburnlaw.com

*/s/ Colby Qualls*
**Colby Qualls**

**Page 3 of 3**
**Paul Garrett, et al. v. Ron's Towing, Inc.**
**U.S.D.C. (N.D. Tex.) Case No. 3:22-cv-1853-E**
**Joint Stipulation of Dismissal with Prejudice**